J. C. BROWN ET AL., APPELLANTS, vs. WHEELER & WIL-SON MANUFACTURING COMPANY, APPELLEE.

Where an appeal at law is entered during the term of the Circuit Court at which the judgment appealed from was rendered, but the appeal bond is not given until after the expiration of thirty days from the adjournment of the term, the appeal will be dismissed.

Appeal from the Circuit Court for Bradford county.

Motion to dismiss appeal.

The facts of the case are stated in the opinion of the court.

*Thos. E. Bugg* for motion.

*A. W. Cockrell & Son, contra.*

RANEY, C. J.: Judgment for appellee April 6th, 1887, in an action at law. Appeal entered in open court to the then ensuing June term of this court by appellants, but they filed no bond till January 2, 1888, when they filed in the office of the Clerk of the Circuit Court one executed December 23, 1887, reciting that the defendants (appellants here) had obtained *a writ of error*, and the Clerk approved it. There is no writ of error in the transcript or files. If we disregard the informality of the recital, the bond was still not given within thirty days after the adjournment of the term of the Bradford county Circuit Court, the time allowed by the statute for perfecting the appeal, for the record shows that that term had adjourned prior to May 6th, 1887. Barrs vs. Creary, 23 Fla., 61.

The appeal is dismissed.